UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
EASTHERN

ORIGINAL

ALYSIA DAVINA JONES

PIERRE MERI IN KAMTCHI

Write the full name of each plaintiff.

23 CV 05742-EK-LB

(Include case number if one has been assigned)

-against-

AMENDment
COMPLAINT ~~ALIEN~~

ACS/Queens field office

Alethea stowe.

New state office of children and family services

GOVENOR (KATHY HOCHUL). ALTING Commissioner

(SUZANNE MILES-GUSTAVE)

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

Do you want a jury trial?
☑ Yes    ☐ No



---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED
OCT 31 2023
PRO SE OFFICE

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My parenting Right ; my conjugal Right
my family Right , the right to be in my kids
life for 4 Years have been violated

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

        (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

ALYSIA            DAVINA          JONES
PIERRE            MERLIN          KAMTCHI
First Name        Middle Initial  Last Name

153-04 ; 75th AVe
Street Address

Queens                    NY              11367
County, City              State           Zip Code

7189 624634 / 347899 7897      MERLINKAMTCHI@gmail.com
Telephone Number               Email Address (if available)
                               LISAGRLii200@aOL.com

Page 3

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   ALETHEA                    STOWE

First Name                    Last Name

CHILD PROTECTIVE SPECIALIST / Queens field

Current Job Title (or other identifying information)

92-31 Union Hall street, 3rd floor, NY, 11433

Current Work Address (or other address where defendant may **be served**)

QUEENS                    NY                    11433

County, City                    State                    Zip Code

Defendant 2:           ACS / Queens field

First Name                    Last Name

ACS

Current Job Title (or other identifying information)

92-31 Union Hall street, 3rd floor

Current Work Address (or other address where defendant may be served)

92-31 Union Hall street   NY   11433

County, City                    State                    Zip Code

Defendant 3:   NEW YORK state | office of children
                                   and family services (OCFS)

First Name                    Last Name

office of children and family services

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

                           NY

County, City                    State                    Zip Code

Defendant 4:   KATHY                    HOCHUL
               First Name               Last Name

               GOVENOR
               Current Job Title (or other identifying information)


               Current Work Address (or other address where defendant may be served)
               ALBANY                   NY
               County, City             State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 153-04, 75th AVe Flushing NY. 11367 Apt 2E

Date(s) of occurrence: 05/11/2019, 10/22/2021, 10/15/2020, 10/20/2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

every single detail of my case are clearly explained
on page 1 to page

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

my kids Brain are emotionally damage
the jare extremely traumatize
my son foce Is complete damage ( bruise )
my son have lovity all over his teeth

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

The cost of a damage done by ACS to my family
are priceless , I rather let the Judge make that
determination .

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

07-17-2023 _____ _____ _____ / PIERRE KAMTCHI
Dated  PIERRE    MERLIN    Plaintiff's Signature  KAMTCHI

Alysia    D    Jones
First Name    Middle Initial    Last Name

153-04 75th Ave. Apt 2E
Street Address

Flushing    NY    11367
County, City    State    Zip Code

347-899 7897    lisaqr147200@ aol.com
Telephone Number    Email Address (if available)
    MERlinkamtchi@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Docket number

page (1)

- NA-11220-21
- NA-11218-21
- NA-11219-21
- NA-11221-21

I writing to deliver the truth about the false allegations wrote by the ACS case worker Alethea Stowe and her Supervisor J. Petrcelli. I have zero doubt to inform the federal Court that all the allegations made against my wife and I to destroy and torture my family are a human fabrication.

The first case was called somewhere back in 2017 where I was offer to be a non respondent Father to the care of my daughter Ameila Santos Kamtchi. Back then the judge had place a temporary order of protection between Ameila Santos Kamtchi and her biological mother Carolina Santos who is known to be my ex-wife. the cause of the order of protection at that time was due to the fact that her mother was abandoning her home alone for days at a baby age to go outside to do drugs. This allegations that was made against her at that time was done by her relative brother Fenix.

My life in 2017 with ameila was cover of happiness at that time she was my only child, I was a father and mother to her until I met my current wife Alysia Davina Jones. amelia daycare, food, pamper, clothes, etc, etc was cover by me I almost lost

I end up putting my education on pause to dedicate to her my full attention and time. My relationship and hospitality with ameila was outstanding her mother disappear for two and four years she was nowhere to be found, at that time ACS had ask her to do a drug test which she failed many times and was also require to take a parenting program she refused to do so.

Page (2)

But the ACS and COURT to decide to return her daught back to her after four years absentee.

When Alysia Jones Arrive in my life somewhere in 2018 Ameila knew her as her mother there relationship was very strong she used to take her everywhere she was going Ameila was consider to be her own child we was all living together and ACS was constantly coming home weekly to do there check out visit.

Couple years later we had our own child noah Janakyntchi who was born in very good condition we raised noah until he was 8 months noah never missed any of his doctor appointments noah immunisiation record was always update we had a very nice baby shower with friends and family I was drivi ___ ___ ___ to all her doctor appointments until ___ ___ ___ birth. The night ___ ___ ___ ___ to come when Carolina Santos found out I was going to divorce her, she was not happy about it she refused to sign the divorce papers I had to filed an uncontested divorce the only way her to come back date to me was to go back to family court and pretend infront of the Judge that she wanted to see Ameilia. four years after she disappear. The JUDGE fail to assign her to a drug program, the JUDGE ignore the fact she was in my care for four years, the JUDGE ignore the fact she abandone, ACS never bother Carolina to do her programs that she was assigned. Carolina was back to see her daughter at the precint near my house, during the visit she was coming with a man to fight my wife My wife was the one doing the pick up and drop off she did few visits at the precints and couple weeks later she stop coming. Months and months passed by Carolina was once again gone in her daughter life. My wife and I continue to live our life in peace one day I left to go to work

Page (3)

my wife call me and said my love ACS is here with the police to pick up ameila stocking that I was I ask her why she was clueless the ACS worker ask her where was Ameila clothes my wife took it and gave it to her she examined her body with zero bruise and got her dress, amelia didn't have any sign of abuse or mark on any part of her body before leaving my house the ACS worker told my wife that she would be back they were taking her to her mother for the weekend amelia was gone for three days the day she was supposed to return back home a new case came in. We recieve a phone call from a ACS worker stone she claimed that ameila mother Carolina Santos said that ameila brother Noah and Step brother Alijah had hit her, and that her step mother (my wife) cut her hair because she pee on herself, Ameila story was never consistant many other unverified allegations that she put together to call a case against us. This is exactly how my son noah got involve in the mess and was remove for his parent at 8 months old meanwhile the mother was still breast feeding him and put in the foster care, A day before he was remove the case worker came home to Interview in my house I offer her to sit on the couch and propose her water it was my first time to meet with stone she clearly said in my face and wife that my son look like his ugly father and start to advice my wife about their having a plan B just in case tomorrow we get separate I was very disgust by her hospitality. I brought up everything to the Judge attention stone said that she was joking a day later she came back in my house to remove my son noah and place him IN foster care noah was never part of the Addegations carolina made I ask the case worker stone were she was taking my son she told me that she was going to my wife grandmother for one night noah never return home until this day every since then I never saw noah for more than 50 times

page (4)

in 4 years. I never get to understand how ACS removed amelia in my house HCS got her dress ACS examine her entire body the police was there with the body Camera Recording the whole scenario they never found any bruises or signs of abuse the day she was going to visit the mother for the weekend a few days later a false case was call after amelia was already out of my house and gone to her mother for days it is insane how ACS decide to consider Carolina allegations against MY wife and I that was providing for her, When Carolina was gone for 4 years Living with amelia I was always a good care giver to her, Carolina abuse me many times she even claim her on her 2017, 2018, 2019, 2020, 2021, 2022 tax return meanwhile I was the provider, she used ACS as a weapon to destroy my new family to destroy my child childhood. A year later gone. My wife and I welcomed another baby Thevenin Joteskanthi when thevenin came in life we used extreme precaution to protect him for ACS kidnaping him and abusing him to run these business Unfortunately As life can be unpredictable thevenin was playing on the couch and fell theveinin was 10 months old, my wife took him to harlem hospital about his well-being. I was at work the day it happened I met my wife and my son at the hospital and Doctor Cooper introduce Himself he told me that my son has fracture his left clavicle and that braking Clavicle constantly happen to babies not to worry

page (5)

that his bone will reconnect alone that he will
be fine as my wife and I was in the room with
our son a social worker had enter and start
to ask why did we come to harlem hospital
when we live in flushing queens my wife told
her that her Aunt Sandra Jones work there
so we can get my son seen by the doctor as
soon as possible She claim my wife delay his
treatment. she than stated she was calling ACS.
ACS put a hold on him asking the doctor not to release
the baby to the parents I start to freak out and
ask Doctor Cooper when are we getting release
Doctor Cooper lie to me and told me that we are
awaiting for more exam to be done. I was
standing up for 5 days in the hospital a couple
days had pass ACS came in the hospital and
took him. The venin was also place in foster care
meanwhile my wife was still breastfeeding
him. Noah case was not moving anywhere ACS
decide to add his brother in the system the JUDGE
and the agency had play a very big portion on the
destroy of my family my kids are having a hard
time to recognize there parents. Our third baby
Royalty Jones Kamichi was also kidnap by ACS
and Place in Foster Care 3 days Ago, god allow
her to turn 1½ year old in our care. Royalty
was also remove without a single sign of
abuse ACS allegations is stating that we can't
have a baby around us that why they put my
daughter in foster Care. My kids are being use to generate
ACS income, the state is financing the daycare, ACS
worker Stowe and her supervisor ashcroft had

page (6)

recieve the cut for putting my kids in fustercare, I'm asking everyday for the Judge to take the case to trail and ACS keep on delay it I Don't really know who is the Judge on my Case ACS or JUDGE Margaret Morgan the system seem to be Corrupt from every corner, I had spend $5,000 to hired my private attorney but he also abuse one and left my case he never gave me my money back. Everyday of my life I call for Justice For What ACS have done to my family. My kids are traumatize, ACS had turn my life and kids life to a complete disaster

Aliyah Gonzalez    01-25-2016
Amelia Surtos Kamtchi  05-27-2016
Noah Josh Jones Kamtchi 01-07-2020
Theresine Jones Kamtchi  02-16-2021
Royalty Jones Kamtchi  03-13-2022

Parents
Pierre Merlin Kamtchi 05-31-1987
Alysia Jones  11-20-1997

153-04 75th Ave
Flushing NY 11367 Apt 2E

7/12/2023

NAYYAR M. RAJA
Notary Public, State of New York
No. 01 N6068552
Qualified in Queens County
Commission Expires May 14, 2027

X Alysia Jones

PIERRE KAMTCHI
10-31-2023

Docket Number

NA-11220-21
NA-11218-21
NA-11219-21
NA-11221-21

Signature : pierre kamtchi



5 days ago

Signature: pierre Koostchi



This is me feeding my daughter

Signature: pierre Kamtchi



♡ ○ ◁                                                                      ▢

 Liked by cyril_ch9 and 4 others

benkrokov This is me at the hospital assisting my son and
waiting for him to recover. Unfortunately Acs got in between

Signature : pierre kontilui



Signature: pierre Kamtchi



signature : pierre kamtchi



signature ; pierre Komitchi



**benkrokov** ACS is putting my kids in Fostercare for one and only one purpose : money 🤑 f

signature : pierre tamtchi









# Office of Children and Family Services

**KATHY HOCHUL**
*Governor*

**SUZANNE MILES-GUSTAVE, ESQ.**
*Acting Commissioner*

10/25/2023

ALYSIA JONES
15304 75TH AVE
2E
FLUSHING, NY 11367

Dear Alysia Jones:

The New York State Office of Children and Family Services (OCFS) completed the appeal on your indicated report of child abuse or maltreatment. OCFS decided child protective services (CPS) <u>does</u> have a fair preponderance of evidence that you abused or maltreated a child. OCFS also decided your report <u>is</u> "relevant and reasonably related to employment" regarding you working with children and vulnerable people (or to become a foster or adoptive parent).

If you are employed or seek a job or license in the future where you will be working with children or vulnerable people, the employer may be required to ask the SCR to conduct a database check to see if you have an indicated report. Having an indicated report may impact the decision to hire you or to allow you to work with children or vulnerable people. An indicated report may also impact your ability to become a foster or adoptive parent.

You have a right to a fair hearing to challenge this report being indicated. A fair hearing is a second chance to appeal.  More information on fair hearings is included below.

## How Was the Administrative Review Conducted?

OCFS reviewed all the information submitted by CPS and any information you sent in. OCFS decided that CPS does have a fair preponderance of evidence that you abused or maltreated a child. A fair preponderance means that there is more evidence to show that you abused or maltreated a child than there is to show that you did not.

OCFS also made the decision that your conduct <u>is</u> "relevant and reasonably related to employment" regarding you working with children and vulnerable people (or to become a foster or adoptive parent).  To make the decision whether a report is relevant and reasonably related to employment, OCFS considered the following factors:

- How serious the incident was
- Extent or nature of the injury to the child
- Harmful effect on the child
- Events or circumstances surrounding what you did or did not do
- Your age and the child's age when the incident happened
- How much time has passed since your last CPS report
- The number of indicated reports you have
- If the allegations are related to a very serious injury or sexual abuse
- The act only occurred once

- You would respond differently if the same incident happened again
- You successfully participated in counseling, treatment, or a self-help group
- Since the report you have demonstrated success working in child care

## What Is a Fair Hearing?

A fair hearing is an opportunity for you to hear and see the evidence held by the CPS that investigated the report. A fair hearing is also an opportunity for you to explain how and why that evidence is wrong. This is an important process to pay attention to and to participate in.

We have referred your request to appeal to the Bureau of Special Hearings (BSH) to schedule a fair hearing. The hearing is run by an administrative law judge (ALJ). BSH will send you a letter with more information about your fair hearing, including when and where it will be held.

All information about the fair hearing process will be sent to you in the mail. Therefore, it is very important for you to notify us if your address changes. If you move, please send a letter to the address below to tell us your new address.

If you do not attend your fair hearing, your report will remain indicated.

At the fair hearing, CPS is required to prove they have a fair preponderance of evidence to support the allegations being indicated. You will also be able to testify as to what did or did not happen, submit evidence and have people testify for you.

## How Can I Prove the Allegations Are Not True?

Before the fair hearing, you will receive a copy of the evidence CPS is going to present against you. This may help you plan your case. The evidence you need depends on the nature of the allegations. You may bring medical records, school records, reports from mental health professionals or any other documents that prove your version of what happened before, during or after the investigation. You can also testify at the fair hearing and have other people testify for you.

It is your right to appear at the fair hearing and represent yourself or to have a lawyer represent you if you have one.

## What Happens After the Hearing?

When the ALJ has made their decision, they will send you a written decision in the mail. The decision will explain how the ALJ evaluated the evidence and how they decided your case.

If the ALJ decides that CPS does <u>not</u> have a fair preponderance of evidence, the report will be unfounded and legally sealed. The unfounded report will be maintained in the SCR database for 10 years from the date of the report. However, because the report is sealed, there are very few organizations that can unseal and see it. An unfounded report will <u>not</u> be disclosed to an employer or licensor in response to a SCR database check.

If the ALJ decides that CPS <u>does</u> have a fair preponderance of evidence, the report will remain indicated. The indicated report will be maintained in the SCR database until the youngest child named in the report turns 28 years old. If your report is about maltreatment of a child, it may remain as relevant and reasonably related to a job or license for a shorter time. A maltreatment report may be automatically changed to NOT relevant and reasonably related when the case is more than 8 years old. You do not have to take any action for this to happen.

If you have any questions concerning this letter, please email:

AdministrativeAppealsQuestions@ocfs.ny.gov

Sincerely,

Lisa Ghartey Ogundimu, Esq.
Deputy Commissioner
Child Welfare and Community Services


LGO/KB



Request ID: 31685880
Case ID: 27292778, 26962744
Intake Stage ID: 32553230, 33820560, 33286650, 33294433
Date of Report:  5/11/2019, 10/22/2021, 10/15/2020, 10/20/2020

*Canada Social worker REPORT*



**FAMILY AND
CHILDREN'S
SERVICES**
*of Lanark, Leeds and Grenville*

Together for Our Kids

October 24th, 2023

Pierre Kamtchi & Alysia Jones

Administration for Children's Services:
Alethea Stowe, Jacqueline Ashcraft, Santosh Madahar

<u>**Re:     Child: Trust JONES KAMTCHI (DOB: October 3, 2023)**</u>

I am writing to provide an update on the involvement of Family and Children's Services of Lanark, Leeds, and Grenville (FCSLLG) located in Ontario, Canada, relating to the child Trust Jones Kamtchi.

I understand that there are ongoing child protection proceedings relating the parents' older children in Queens, New York, and the information collected thus far in Canada may be relevant to those proceedings.

On October 3, 2023, our organization became involved following a call from a pediatrician at the local hospital. The reported concerns were that the parents' story was evasive and details about their reason for being in this jurisdiction were changing. The hospital advised our agency that Ms. Jones' prenatal records sent from a Birthing Center in New York detailed extensive prenatal care throughout this pregnancy and information about the prior births of this mother. Our agency contacted the state of New York to inquire if there were child protection concerns in that state and that is when we became aware of their involvement with ACS.

On October 4th, I attended the hospital with a detective from our local police service. We began by speaking with the mother Alysia Jones and I explained that I was from the local child protection agency. Alysia Jones initially denied having any children or any prior involvement with child protective services. However, she eventually admitted that they had come to Canada for fear that they would be given no chance to parent their new baby in NY based on prior decisions made by ACS. She admitted that the older children were removed from their care and placed with her grandmother.

438 LAURIER BLVD., BROCKVILLE, ON  K6V 6C5  |  **T:** 613.498.2100  |  **F:** 613.498.2108
1.855.667.2726        www.fcsllg.ca

While at the hospital on that same date, I had an initial long conversation with the father who shared his perception of his family's experience with ACS as being excessively intrusive and lacking in understanding and fairness.  He said that he has not yet had a chance to defend himself against the allegations of physical maltreatment and that the trial is currently scheduled in November 2023.  He admitted that they came to Canada for fear that their baby would be removed from their care.  The father told me that they had another baby in 2022 unbeknownst to ACS and raised that child without issue for 16 months but that when the existence of the child was discovered, the child was immediately removed from their care despite seemingly proper care they had provided to her for 16 months.  I explained that I would need to conduct my own child welfare investigation which would include information from ACS.  He agreed to cooperate fully with my investigation, and he has done so.  I have had dealings with the father almost daily since that time and he has answered all my questions and has provided me with consent forms and documents as per my requests, as further discussed below.

I can report that the baby is physically well.  The baby was born healthy at 40 weeks gestation, despite jaundice that has required ongoing care for phototherapy.  The parents have been cooperative with the required treatment. The hospital staff reported to me that the parents were attentive and gentle with the child, and that feeding and diapering were never an issue.  Medical staff commented that both parents were responsive to the baby's cues, and he was always within the mother's reach. I have also personally observed good direct care including feeding, diapering, dressing, comforting, and responding to the baby's cues with patience and attentiveness. Mr. Kamtchi can often be found cuddling his newborn skin-to-skin, and he is the parent who cares for the baby throughout the night so Ms. Jones can rest. The family is living in a local hotel, and they have the necessities for safe sleep, as well as clothing and diapers for the baby.

With the help of my manager, I sought to obtain more information about the child protection concerns in New York to consider that information as part of our assessment of the risk to the infant in our jurisdiction.  On October 5th, I participated in a virtual meeting with ACS to learn more and to discuss cross-jurisdictional issues.  We explained that we were unable to remove the child from the care of the parents solely based on a request made by ACS or because of the pending proceedings in NY.  Rather, under our local mandate, we can only remove a child based on evidence of imminent risk of harm to that child as well as no other course of action available that could adequately protect this child.  Aside from the information provided in the meeting, I received a copy of ACS' court petition, which includes the allegations of concern relating to the older children.  Here is a summary of some of the information I have collected during my investigation which relates to the allegations pending in NY.

(i) Father's mental health and his refusal to undergo a mental health evaluation:  I have not received any reports of concern from professionals in our area about the father's mental health.  Moreover, I have not observed any symptoms of mental health issues.  The father and the mother both deny any mental health issues.  At times, the father spoke to me with emotion (i.e. sadness, frustration) but the emotions expressed were always in keeping with the subject matter being discussed.  When I specifically told the father that ACS was concerned about his state of mental health and that ACS alleges he failed to obtain a mental health evaluation, the father provided me with an assessment



**FAMILY AND CHILDREN'S SERVICES**
*of Lanark, Leeds and Grenville*

Together for Our Kids

report. Mr. Kamtchi had an intake session with clinician Gabriella Lake, MSW, at Morris Heights Health Centre in the Behavioral Health Unit. The report dated September 8th, 2021, states '*There were no findings to admit patient to provide mental health treatment services*'.


(ii) The Great-Grandmother who is caring for the children had to obtain an OOP against the father for her safety.

When I spoke to the parents about this allegation, they both denied that the great-grandmother fears for her safety.  I therefore asked the parents if I could have their consent to speak to the great-grandmother directly and they provided the requested consent.  When I contacted the great-grandmother, she denied having any fears for her safety.  She also denied being concerned about the parents' mental health.  She said she believes the parents are good parents who care deeply for their children.  Her only expressed worry was the addition of another child to the family; she was previously unaware that the mother was expecting another child.


(iii) Broken bones sustained by the older child Thevenin while in the care of parents

ACS has informed our agency that the explanations provided by the parents for the injuries are not medically supported, which has led to the conclusion that the injuries were inflicted in the family home.  When asked about this, the parents maintain that the injuries were accidental.  Our agency is not yet in possession of any medical reports relating to those injuries. We are mindful that the trial relating to these allegations is set for November 2023.  Although these allegations are quite worrisome, we have been unable to conclude that they would prevent the parents from continuing to care for the infant in our jurisdiction.


(iv) Excessive discipline by the father on his daughter Amelia which resulted in bruises on her body and a "buzz" haircut

When I asked about this allegation, the father denied that he caused the bruises and insisted that the bruises were sustained in the home of the child's mother where the child went for a visit. According to the father, a worker for ACS would have seen the child without bruises prior to leaving for the visit in the mother's home.  Police were also present and the family has requested bodycam footage to support their assertion that the child did not have any bruising when she left their home. It would be helpful to receive ACS's evidence relating to this allegation.

As part of my work with the parents, I have been having conversations with them about positive discipline and ways to remain calm when dealing with children. I asked the parents if they had taken any parenting programs and both parents provided me with certificates of completion.

(v) <u>Failure to attend access visits with the older children</u>

When I asked the parents about this, they admitted that they did not attend many visits with their older children since August 2023.  They proceeded to share that they had to attend parenting class twice a week, domestic violence class twice a week and access/visitation twice a week. They also experienced systemic barriers such as the cost and distance between their home and the place of visitation and the fact that they must work at the time of the scheduled visits. They also admitted that they did not want to reveal the pregnancy to ACS.

My investigation is ongoing and our organization will continue to provide services to the family of this child who is a Canadian citizen by virtue of having been born in Canada.

Sincerely,

Melissa MacLean, BSW

Child Protection Worker



# Office of Children and Family Services

**KATHY HOCHUL**
*Governor*

**SUZANNE MILES-GUSTAVE, ESQ.**
*Acting Commissioner*

9/6/2023

PIERRE KAMTCHI
153-04 75TH AVE
APT 2E
FLUSHING, NY 11367

Dear Pierre Kamtchi:

This letter is about the request you made to appeal an indicated report of child abuse or maltreatment. The New York State Office of Children and Family Services (OCFS) received your letter requesting an appeal for your indicated report(s) of child abuse or maltreatment. Before an appeal is granted, OCFS will decide if some, all, or none of the indicated allegations in your report can be unfounded and legally sealed. We are also required by law to process your appeal differently if you have a family court case related to a report.

## The Allegations are NOT Related to a Family Court Case

If child protective services (CPS) did <u>not</u> file a family court case against you regarding any of the indicated allegations in a report, you can receive an appeal for those allegations. The CPS that investigated the report must be given 20 days to submit additional information. Once 20 days have passed, your case will be prepared for appeal. OCFS will review all information sent in by you and CPS and will make two decisions:

1. Does CPS have a fair preponderance of evidence that the allegations are true, and

2. If yes, is the conduct described in the report relevant and reasonably related to you working with children or vulnerable people or to you becoming a foster or adoptive parent

When the appeal is done, you will receive a letter with OCFS' decision. If all of the allegations are retained (which means your request to have it overturned was denied), the letter will explain how you can get a fair hearing. A fair hearing is a second chance to have the indicated allegations changed to unfounded.

If some of the allegations in a report are unfounded, but other allegations are retained, you will get a letter explaining that you may get a fair hearing for the allegations that were not changed.

If all of the allegations in a report are unfounded, it means that you won the appeal for that report. That report will be legally sealed and the letter you receive will provide more information about unfounded reports.

## Allegations in the Report Are Related to a Family Court Case

If CPS filed a case against you in family court and included allegations from a report in the case, you cannot receive an appeal for those allegations now.

- If CPS filed a case against you and the case is still in court, no action will be taken on this report until the family court case is over.

- If you have already requested your appeal and the family court judge decides the case in your favor or not, or CPS takes certain actions to withdraw the case against you, the law requires OCFS to unfound and legally seal all of the allegations that were included in the court case. This will happen automatically; you do not need to ask OCFS to take any action.

- If the family court judge decides the case in favor of CPS, the law requires OCFS to retain all of the allegations included in the case. OCFS cannot overturn the judge's decision.

## If I Can Appeal, How Does OCFS Decide if the Allegations Are "Relevant and Reasonably Related to Employment"?

If you are employed or seek a job or license in the future where you will be working with children or vulnerable people, the employer may be required to ask the SCR to conduct a database check to see if you have an indicated report. Having an indicated report may impact the decision to hire you or to allow you to work with children or vulnerable people. An indicated report may also impact your ability to become a foster or adoptive parent.

OCFS is required to evaluate the "relevant and reasonably related to employment" factors so these agencies can use this information as part of their decision to keep you as an employee, hire you, approve you to become a foster parent or allow you to adopt a child. When OCFS reviews your report, these factors are considered:

- How serious the incident was
- Extent or nature of the injury to the child
- Harmful effect on the child
- Events or circumstances surrounding what you did or did not do
- Your age and the child's age when the incident happened
- How much time has passed since your last CPS report
- The number of indicated reports you have had
- If the allegations are related to a very serious injury or sexual abuse

If one or more of these factors applies to your report, OCFS will decide the report is relevant and reasonably related to employment. Agencies that are allowed to ask OCFS about your CPS history will be told you have an indicated report.

You may have experienced a change in circumstances or fixed problems that led to your allegations being indicated. If any of the factors listed below apply to you, you must submit information to show that even if OCFS retains the report, we should decide the report is not relevant and reasonably related to employment:

- The act only occurred once
- You would respond differently if the same incident happened again
- You successfully participated in counseling, treatment, or a self-help group

- Since the report you have demonstrated success working in child care

If OCFS decides the allegations must be retained, but are not relevant and reasonably related to employment, OCFS is not allowed to tell agencies that you have an indicated report.

## How Can I Prove the Allegations Are Not True?

The CPS that conducted the investigation is required by law to prove it has a fair preponderance of evidence that the allegations made against you are true. You are not required to prove or disprove anything. However, you may submit any evidence you feel is relevant to show that the allegations should be changed to unfounded. You may submit copies of medical records, school records, reports from mental health professionals or any other documents that prove your version of what happened before, during or after the investigation.

Even if the allegations are true, you may submit evidence that OCFS should decide the report is not relevant and reasonably related to employment in regards to  you working with children or vulnerable people or to you being approved as a foster or adoptive parent.

If you are going to submit any evidence, you must do so quickly by mailing copies of documents to:

> P.O. Box 4480
> Albany, NY 12204

All information about the appeal process will be sent to you in the mail. Therefore, it is very important for you to notify us if your address changes. If you move, please send a letter to the address above to tell us your new address.

If you have any questions concerning this letter, please email:

AdministrativeAppealsQuestions@ocfs.ny.gov

Sincerely,

Lisa Ghartey Ogundimu, Esq.
Deputy Commissioner
Child Welfare and Community Services

LGO/AR

Request ID: 31674612
Case ID: 27292778, 26962744
Intake Stage ID: 33820378, 32998038, 33286650, 33294433, 34735311
Date of Report: 10/22/2021, 02/19/2020, 10/15/2020, 10/20/2020, 06/30/2023

PAGE (1)

New York State | Office of children and family services

KATHY HOCHUL
GOVENOR
ACS
SUZANNE MILES-GUSTAVE, ESQ
ACTING Commissioner

10-31-2023
PIERRE MERLIN KAMTCHI NGNIMPIEPODJi
ALYSIA ΔAVINA JONES
15304 75th Ave APT 2E
FLushing, NY, 11367
EMAIL: merlinkamtchi@gmail.com
EMAIL2 LISAGRL11200@gmail.com

What ACS and New york state office of children and family services (OCFS) have done to my children's and family are worse than an earthquake. Nobody that I come across In AMERICA VALue my family It Is crutial to see human (Queens family court Judge, Quees administrator, ACS, foster care, and even member of the GOvernment looking at my children's As a money generator as a money producer over this pass year my children's have been used to run bUSINESS. for the past year every single baby that my family Is welcaming are set to go In foster care. the only thing ACS and Judge MORGAN had to do In Queens family court WAS to ASSIGN a new SOCket member to each of children's that GOD gave me.

page (2)

The first child was Removed with a fabricated ~~allega~~ allegations and was issues a Docket number NA-11220-21 follow by the second one a year letter NA-11218-21 the third was a one and half girl she was giving a Docket number NA-11219-21 and then the last one is a Canadian baby who was Recently Assign to another Docket number NA-17300-23 who knows when this will come to an end?

The do not have Mercy and No shame they are Ready to kill for there legacy my children became Docket number to them.

All this Docket number was giving to my children with out proper cause with out proper Investigation. I still can believe How an untrained ACS worker can Rely on a He says and She says to destroy my entire family.

base of this on going Harassment with ACS my wife and I have decide not to allow any Futur baby of us to became USA Citizen.

As her delivery day was approaching we went on Vaccation to Canada to protect our new baby life from ACS. with the grace of God my wife gave birth In Canada As we planned.

Two weeks ago I received an email from ACS attorney Santosh Informing my wife and I that we have an active warrant, I Immediatly Emailed Queens family court clerk asking them what was the motive of the warrant Until this day I still have got a Respond.

The warrant I Got stipulate that we most Kidnap the new Canadian baby from his birth country and Produce him to new york ACS So that they can also place

page (3)

him In foster care and generate Income.
Honestly I can not stand seeing ~~my kids~~ His Inocent
brothers and sister being use In America to generate
fostecare mother money, ACs Ibocome, foster care
daycare money, Rising GRound agency Income,
lowyer Income, and family Court judge Income. ect
ect.
Im deepling In pain my children are humain just
like a judge, Govenor, mayor, acting commissioner,
the commissioner children's. Nothing Can Replace the
fomily the had destroy.
my life In America have been a total bad experience
and abuse.
every one that I came accross asking for help seem
to be affiliated with ACS. I can not count the number
of Request I sent to judge MORGAN In queens fomily
court asking her to schedule a set day for trial but
her association waith ACS are so strong. the Entire
system Is Corrupt my chiolven's are a business to
them. I dont know myself How AMERican can allow
the childven's of an engineer to be ploce In foster care
I never had the oppor tunity to pass my education
to my chilolven's the system destroy it.
a Honest Judge won't allow children's to be separate
from a Good Care giver porent for 4 years. Im
please begging the fedkral Court to please help me
safe my children's futur and life.
This children that ACS are hurting was born to be
athelete just like there father but today that chance
Is very low because of the trouma and sickness that
ACS have Cause to them.
my son thekenin Jones kamtch Immune system Is very

page (4)

Weak he spend most of his time at the foster care
doctor and nobody seem to care about who cause that
when ACS kidnap him from my care he was very
healthy.
ACS are responsible of my son sickness this need to come
to an end justice need to be serve I dont wish
this to any family on earth.

Signature 1: merlinkamtchi      10 - 31 - 2023
Signature 2: LiSogRC           10 - 31 - 2023

Docket number   NA-11218-21   , NA-11220-21 , NA-11219-21
NA-17300-23